# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. WALTER PEDRAZA                                  **Docket No.** 3:03CR00144(EBB)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Deborah S. Palmieri, SENIOR PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Walter Pedraza who was sentenced to 1 year imprisonment for Conspiracy to Possess With Intent to Distribute and to Distribute Methamphetamine, a Schedule II Controlled Substance, in violation of 21U.S.C. §§ 841(a)(1) and 846, by the Honorable Ellen Bree Burns, Senior U.S. District Judge, sitting in the Court at New Haven, Connecticut on October 23, 2003, who fixed the period of supervision at 3 years which commenced on March 15, 2004 and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: 1)The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the United States Probation Office, which shall include random urinalysis. The defendant shall pay some or all of the costs of treatment as directed by the Probation Office; 2) The defendant shall participate in an employment readiness program or vocational training if determined appropriate by the United States Probation Officer. Mr. Pedraza commenced supervised release on March 15, 2004.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

### Charge No. 1 - Condition Violated
Standard Condition: "You shall refrain from excessive use of alcohol."

On September 5, 2006, the offender admitted using alcohol prior to going to the substance abuse treatment program. On October 3 and 9, 2006, breathalyser tests were administered with positive results.

### Charge No. 2 - Condition Violated
Special Condition: "The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the United States Probation Office, which shall include random urinalysis. The defendant shall pay some or all of the costs of treatment as directed by the Probation Office."

On October 13, 2006 the offender was unsuccessfully discharged from the Multi Service Center in New London, Connecticut after failing to comply with treatment. Mr. Pedraza failed to attend counseling sessions on September 18, 25 and October 11, 2006 and he also failed to report for drug testing on September 7, 18, 20, 25, 27 and October 11, 2006.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Walter Pedraza to appear before this court at New Haven, Connecticut on _Nov 22 2006_ at _9 a.m._ to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this _31st_ day of October 2006 and ordered filed and made a part of the records in the above case.

The Honorable Ellen Bree Burns
Senior United States District Judge

Sworn to By
_Deborah S. Palmieri_
Deborah S. Palmieri
Senior United States Probation Officer

Place _New Haven, CT_
Date _10/31/06_

Before me, the Honorable Ellen Bree Burns, Senior United States District Judge, on this _31st_ day of October 2006 at New Haven, Connecticut, Senior U.S. Probation Officer Deborah S. Palmieri appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Ellen Bree Burns
Senior United States District Judge